# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARDIFF ONCOLOGY, INC. | **Plaintiff,** | Case No. <u>3:26-cv-3131-RBM-JLB</u> |
| v. | | **PRO HAC VICE APPLICATION** |
| NERVIANO MEDICAL SCIENCES S.r.l. and NERVIANO MEDICAL SCIENCES, INC. | **Defendant.** | <u>CARDIFF ONCOLOGY, INC.</u><br>Party Represented |

I, <u>KOURTNEY M. MERRILL</u> hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: <u>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP</u>

Street address: <u>2099 Pennsylvania Avenue, NW, Suite 100</u>

City, State, ZIP: <u>Washington, DC 20006</u>

Phone number: <u>202.747.1900</u>

Email: <u>kmerrill@sheppard.com</u>

That on <u>01/10/2006</u> I was admitted to practice before <u>U.S. District Court: D. Colorado</u>
(Date)                    (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☑ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case Number _____ Date of Application _____

Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

/s/Kourtney M. Merrill
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

<u>ZACHARY ALPER</u>       <u>858.720.8900</u>
(Name)                 (Telephone)

<u>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP</u>
(Firm)

<u>12275 El Camino Real, Suite 100</u>    <u>San Diego</u>    <u>92130</u>
(Street)             (City)      (Zip code)

/s/Kourtney M. Merrill
(Signature of Applicant)

I hereby consent to the above designation.

/s/Zachary Alper
(Signature of Designee Attorney)