SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

ZACHARY ALPER, Cal. Bar No. 339489
zalper@sheppard.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:  858.720.8900

BRADLEY C. GRAVELINE (*pro hac vice*)
bgraveline@sheppard.com
321 North Clark Street, 31st Floor
Chicago, Illinois 60654
Telephone:  312.499.6300

KOURTNEY M. MERRILL (*pro hac vice*)
kmerrill@sheppard.com
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC  20006
Telephone:  202.747.1900

SYDNEY HUNEMULLER (*pro hac vice*)
shunemuller@sheppard.com
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Telephone:  312.499.6357

*Attorneys for Plaintiff Cardiff Oncology, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDIFF ONCOLOGY, INC.,<br><br>            Plaintiff,<br><br>       v.<br><br>NERVIANO MEDICAL SCIENCES S.r.l. and NERVIANO MEDICAL SCIENCES, INC.,<br><br>            Defendants. | Case No. 3:26-cv-03131-RBM-JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO NERVIANO MEDICAL SCIENCES, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Cardiff Oncology, Inc. ("Cardiff"), by and through its counsel, hereby voluntarily dismisses its claims without prejudice as to Defendant Nerviano Medical Sciences, Inc. ("NMS, Inc."). NMS Inc. has not served an answer or a motion for summary judgment as to Cardiff's claims. This dismissal does not affect the rights or claims of Cardiff asserted against Nerviano Medical Sciences S.r.l.

Dated: June 8, 2026

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    /s/ *Kourtney Mueller Merrill*
BRADLEY C. GRAVELINE
KOURTNEY MUELLER MERRILL
ZACHARY ALPER
SYDNEY HUNEMULLER

*Attorneys for Plaintiff Cardiff Oncology, Inc.*

-1-    Case No. 3:26-cv-03131-RBM-JLB
NOTICE OF VOLUNTARY
DISMISSAL